STATE v. GARTLAN

No. 138P99

Case below: 132 N.C.App. 272

Motion by Attorney General to dismiss the appeal for lack of substantial constutional question allowed 24 June 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

STATE v. HARRIS

No. 85PA99

Case below: 132 N.C.App. 134

Motion by Attorney General to dismiss appeal allowed 24 June 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 24 June 1999 for the limited purpose of remanding to N.C. Court of Appeals for reconsideration in light of *Lilly v. Virginia.*

STATE v. HINNANT

No. 22A99

Case below: 131 N.C.App. 591

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 24 June 1999. Motion by Attorney General to dismiss the appeal based on a constitutional question denied 24 June 1999.

STATE v. HOWIE

No. 206P99

Case below: 133 N.C.App. 188

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

STATE v. MUNSEY

No. 417A95-2

Case below: Wilkes County Superior Court

Motion by defendant to terminate appeal allowed 24 June 1999.